Case 7:26-cr-00487-UA Document 34 Filed 10/30/26 Page 1 of 1

LAW OFFICES OF
# DANIEL A. MCGUINNESS, P.C.
353 LEXINGTON AVE., SUITE 900, NEW YORK, NY 10016
TEL: (646) 360-0436 · FAX (888) 679-0585 · DAN@LEGALMCG.COM

October 30, 2026

**VIA ECF**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: *United States v. Michelle Hylton*, 26-cr-487(KMK)

Dear Judge Karas:

I represent Michelle Hylton in the above-captioned matter. I am writing to respectfully request a modification to Ms. Hylton's release conditions to allow an additional week for her to have two financially responsible persons co-sign her bond. The Government consents to this request. Pretrial defers to the Court and reports that Ms. Hylton has been compliant with her conditions.

Ms. Hylton first appeared before the Court on October 21, 2026. Magistrate Judge Kraus ordered Ms. Kraus released on a $100,000.00 bond to be cosigned by two financially responsible persons subject to a curfew with location monitoring. She was further directed to turn in her passport by October 23, 2026. Mr. Castro was released on his own signature with the remaining conditions to be met by October 30, 2026. Since that time, she has complied with all conditions of pretrial confinement, including turning in her passport on October 23, 2026.

My office has interviewed multiple potential co-signers and has identified two persons who should qualify to co-sign the bond. We are awaiting their supporting documentation, which will be promptly sent to the government. As such, Ms. Hylton respectfully requests an additional week to have the co-signers sign her bond.

I thank the Court in advance for its consideration of this matter.

Granted.

So Ordered.

10/30/26

Sincerely,

Daniel A. McGuinness